# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

In re *AIDS Coalition of Southern New Jersey Inc.*

Case No.
Chapter 7

_____ / Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Fernando Gonzalez is Chair of AIDS Coalition of Southern New Jersey, a New Jersey corporation. On 05/12/2010 the following resolution was duly adopted by the Board of Directors of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Fernando Gonzalez, Chair of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Fernando Gonzalez, Chair of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Fernando Gonzalez, Chair of this corporation, be and hereby is, authorized and directed to employ [REDACTED] the law firm of Brown & Connery LLP, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Fernando Gonzalez, Chair of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date  02/25/2011        Signature  /s/ Fernando Gonzalez
                                   Fernando Gonzalez
                                   Chair