Official Form 1 (1/08)

Case #: 11-16167

**United States Bankruptcy Court**

**DISTRICT OF** *NEW JERSEY*

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): *AIDS Coalition of Southern New Jersey, Inc.* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *22-2903670* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): *100 Essex Avenue Suite 300 Bellmawr NJ*   ZIPCODE *08031* | Street Address of Joint Debtor (No. & Street, City, and State):   ZIPCODE |
| County of Residence or of the Principal Place of Business: *Camden* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): *c/o Brown & Connery LLP 6 North Broad Street, Ste 100 Woodbury NJ*   ZIPCODE *08096* | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME*   ZIPCODE | |

| Type of Debtor (Form of organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☒ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☒ Other | ☒ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 9 <br> ☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding <br> ☐ Chapter 12 <br> ☐ Chapter 13 |

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"      ☒ Debts are primarily business debts.

**Tax-Exempt Entity** (Check box, if applicable.)

☒ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

Check one box:

☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:

☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☒ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Official Form 1 (1/08)                                                                                      FORM B1, Page   2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*AIDS Coalition of Southern New Jersey, Inc.* |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years | | (If more than two, attach additional sheet) |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
|---|---|
| ☐ Exhibit A is attached and made a part of this petition | **X** _____      *3/ 1/2011*<br>   Signature of Attorney for Debtor(s)              Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and exhibit C is attached and made a part of this petition.
☒   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                                    FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | AIDS Coalition of Southern New Jersey, Inc. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b) | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor | |
| X _____<br>Signature of Joint Debtor | X _____<br>(Signature of Foreign Representative) |
| _____<br>Telephone Number (if not represented by attorney) | _____<br>(Printed name of Foreign Representative) |
| _____<br>Date | 3/ 1/2011<br>(Date) |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X  */s/ Kenneth J. Schweiker, Jr.*<br>Signature of Attorney for Debtor(s) | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| *Kenneth J. Schweiker, Jr., Esquire 1889*<br>Printed Name of Attorney for Debtor(s) | |
| *Brown & Connery LLP*<br>Firm Name | |
| *6 North Broad Street*<br>Address | |
| *Suite 100* | _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer |
| *Woodbury NJ   08096* | |
| *856-812-8900*<br>Telephone Number | _____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| *3/ 1/2011*<br>Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | _____<br>Address |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | X _____ |
| | _____<br>Date |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| X  */s/ Fernando Gonzalez*<br>Signature of Authorized Individual | |
| *Fernando Gonzalez*<br>Printed Name of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| *Chair*<br>Title of Authorized Individual | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| *3/ 1/2011*<br>Date | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

In re *AIDS Coalition of Southern New Jersey, Inc.*

Case No. *11-16167*

Chapter  7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $        500,000.00 | | |
| B-Personal Property | Yes | 3 | $         89,674.15 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $       536,423.20 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $             0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $       447,951.60 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $             0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $             0.00 |
| TOTAL | | 22 | $        589,674.15 | $       984,374.80 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

In re *AIDS Coalition of Southern New Jersey, Inc.*                Case No. *11-16167*

                                                                  Chapter   7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re *AIDS Coalition of Southern New Jersey, Inc.*                    Case No. *11-16167*

Debtor                                                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Fernando Gonzalez*          , *Chair*                    of the *Corporation*

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of          *23*    sheets,

and that they are true and correct to the best of my knowledge, information, and belief.

Date:  *3/1/2011*

Signature  */s/ Fernando Gonzalez*

Name:  **Fernando Gonzalez**

Title:  **Chair**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A (Official Form 6A) (12/07)

In re _AIDS Coalition of Southern New Jersey_ _____,    Case No._11-16167_____
Debtor(s)    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 717 Haddon Avenue, Collingswood, New Jersey 08108 | | | $ 300,000.00 | $ 15,579.00 |
| 32 Browning Road, Bellmawr, New Jersey 08031 | | | $ 200,000.00 | $ 94,657.00 |
| No continuation sheets attached | **TOTAL $** (Report also on Summary of Schedules.) | | 500,000.00 | |

B6B (Official Form 6B) (12/07)

In re *AIDS Coalition of Southern New Jersey* , Case No. *11-16167*
_____
Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Checks* *Location: In debtor's possession* | | $ 997.74 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *TD Bank - Operations Account* *Location: In debtor's possession* *Wells Fargo - Operations Account* *Location: In debtor's possession* | | $ 17,520.39 $ 2,979.13 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |

Page __1__ of __3__

B6B (Official Form 6B) (12/07)

In re *AIDS Coalition of Southern New Jersey* _____,    Case No. *11-16167* _____
             Debtor(s)                                                                                                         (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *NLADA Insurance Program - refund of premium for early termination of legal malpractice insurance*<br><br>*Dooley's House in Camden - reimbursement for AIDS Walk expenses* | | $ 497.70<br><br><br>$ 723.81 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2002 Ford Econoline Van*<br>*Location: In debtor's possession*<br><br><br>*2002 Outback Wagon*<br>*Location: In debtor's possession* | | $ 2,500.00<br><br><br><br>$ 4,800.00 |

Page ___2___ of ___3___

B6B (Official Form 6B) (12/07)

In re *AIDS Coalition of Southern New Jersey*                                    ,          Case No. *11-16167*
                                                 Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *2002 Subaru Forester*<br>*Location: In debtor's possession* | | $ 4,000.00 |
| | | *2005 Chrysler Town & Country*<br>*Location: In debtor's possession* | | $ 4,000.00 |
| | | *2007 Ford Freestar*<br>*Location: In debtor's possession* | | $ 4,050.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Miscellaneous Computer Equipment*<br>*Location: In debtor's possession* | | $ 38,945.08 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | *Miscellaneous Furniture/Fixtures*<br>*Location: In debtor's possession* | | $ 7,102.39 |
| 30. Inventory. | | *Gift Cards - ShopRite*<br>*Location: In debtor's possession* | | $ 1,557.91 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page   3   of   3

Total ➡                    $ 89,674.15

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re _AIDS Coalition of Southern New Jersey_ ,                    Case No. _11-16167_
                          **Debtor(s)**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*Bank of America*<br>*Attn:  Matthew Paoni, V.P.*<br>*555 California Street, 6th Fl.*<br>*San Francisco CA 94104* | X | | | | | | $ 15,579.00 | $ 0.00 |
| | | Value: *$ 300,000.00* | | | | | | |
| Account No:<br>*Creditor # : 2*<br>*Bank of America*<br>*Attn:  Matthew Paoni, V.P.*<br>*555 California Street, 6th Fl.*<br>*San Francisco CA 94104* | | | | | | | $ 94,657.00 | $ 0.00 |
| | | Value: *$ 200,000.00* | | | | | | |
| Account No:<br>*Creditor # : 3*<br>*NJ Dept of Consumer Affairs*<br>*101 South Broad Street*<br>*PO Box 806*<br>*Trenton NJ 08625-0806* | | *Miscellaneous Personalty* | | | | X | Unknown | $ 0.00 |
| | | Value: *$ 0.00* | | | | | | |

_1_   continuation sheets attached

| | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | $ 110,236.00 | $ 0.00 |
| Total $<br>(Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)  - Cont.

In re _AIDS Coalition of Southern New Jersey_ ,          Case No. _11-16167_
            Debtor(s)                                                      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: | | | | | X | *Unknown* | $ 0.00 |
| *Creditor # : 4* *NJ Dept Health & Senior Servs* *Attn: Raymond Graziani* *PO Box 360* *Trenton NJ 08625-0360* | | | | | | | |
| | | Value: *$ 0.00* | | | | | |
| Account No: *5086* | | *Accumulating* *Line of Credit* | | | | $ 426,187.20 | $ 356,860.79 |
| *Creditor # : 5* *Wells Fargo* *c/o William Saldutti, Esquire* *1300 Rte 73, Ste 205* *Mt. Laurel NJ 08054* | | *Gift Cards - ShopRite,* *Miscellaneous Equipment ,* *Miscellaneous* | | | | | |
| | | Value: *$ 69,326.41* | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Amount | Unsecured |
|---|---|---|
| Subtotal $ (Total of this page) | $ 426,187.20 | $ 356,860.79 |
| Total $ (Use only on last page) | $ 536,423.20 | $ 356,860.79 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re <u>AIDS Coalition of Southern New Jersey</u>,      Case No. <u>11-16167</u>
                    **Debtor(s)**                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _AIDS Coalition of Southern New Jersey_ _____,   Case No. _11-16167_ _____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   N/A<br>Creditor # : 1<br>Action AIDS/AACO<br>Phila. Dept of Public Health<br>1216 Arch Street, 6th Floor<br>Philadelphia PA 19107 | | | 6/28/10 | | | | $ 632.94 |
| Account No:   N/A<br>Creditor # : 2<br>Action AIDS/AACO<br>Phila. Dept of Public Health<br>1216 Arch Street, 6th Floor<br>Philadelphia PA 19107 | | | 6/28/10 | | | | $ 1,231.00 |
| Account No:   N/A<br>Creditor # : 3<br>Action AIDS/AACO<br>Phila. Dept of Public Health<br>1216 Arch Street, 6th Floor<br>Philadelphia PA 19107 | | | 6/30/10 | | | | $ 195.93 |
| Account No:   N/A<br>Creditor # : 4<br>Action AIDS/AACO<br>Phila. Dept of Public Health<br>1216 Arch Street, 6th Floor<br>Philadelphia PA 19107 | | | 5/30/2010 | | | | $ 857.24 |

_12_ continuation sheets attached

Subtotal $   $ 2,917.11

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _AIDS Coalition of Southern New Jersey_____,    Case No. _11-16167_____
    **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    9-07 | | 11/1/10 | | | X | Unknown |
| Creditor # : 5 Alert Security & Tech, LLC PO Box 12443 Wilmington DE 19850 | | Alarm System Monitoring | | | | |
| Account No.    CSNJ | | 6/10 - 12/10 | | | X | $ 5,389.88 |
| Creditor # : 6 Annette Rapaport 114 Hayes Mill Road Apt. B213 Atco NJ 08004 | | Rental of Space | | | | |
| Account No.    0901 | | 6/30/10 | | | | $ 420.40 |
| Creditor # : 7 Archer & Greiner Attn:  John Quirke, Esq One Centennial Square Haddonfield NJ 08033 | | Legal Expenses-personnel related | | | | |
| Account No.    CSNJ | | 9/8/10 | | | | $ 196.00 |
| Creditor # : 8 Arose, Inc. 1229 Broadway PO Box 27 Westville NJ 08093 | | Phone System Repair | | | | |
| Account No. | | | | | | $ 25,634.92 |
| Creditor # : 9 Arthur Dion 33 Shawnee Road Ardmore PA 19003 | | Assignee for credit card claim of Elan Financial Services/Citizen | | | | |
| Account No. | | | | | | $ 30.80 |
| Creditor # : 10 Bellatlantic (Verizon) PO Box 4830 Trenton NJ 08650-4830 | | Phone at Thrift Store | | | | |

Sheet No. _1_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 31,672.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _AIDS Coalition of Southern New Jersey_____ ,     Case No. _11-16167_____
               **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 4750<br>Creditor # : 11<br>BF Molz<br>Attn: Nicole Mahaney<br>PO Box 827544<br>Philadelphia PA 19182-7544 | | 5/21/10<br>Office Supplies | | | | $ 62.16 |
| Account No: Ave<br>Creditor # : 12<br>Borough of Collingswood<br>678 Haddon Avenue<br>Collingswood NJ 08108 | | 10/10 - 3/11<br>Water/Sewer | | | | $ 424.40 |
| Account No: 872<br>Creditor # : 13<br>Broadview Networks<br>PO Box 9242<br>Uniondale NY 11555-9242 | | Phone, Internet, etc. | | | | $ 2,630.23 |
| Account No: 2-1<br>Creditor # : 14<br>Brown & Connery, LLP<br>Attn: Paul Mainardi, Esquire<br>PO Box 539<br>Westmont NJ 08108 | | 12/01/09 - 1/31/11<br>Legal Expenses | | | | $ 55,732.12 |
| Account No: 3214<br>Creditor # : 15<br>Camden County M.U.A.<br>PO Box 1105<br>Bellmawr NJ 08099-5105 | | 7/1/10 - 12/31/10<br>Sewer -<br>717 Haddon Avenue<br>Collingswood, New Jersey  08108 | | | | $ 318.55 |
| Account No: 1868<br>Creditor # : 16<br>CDW Direct, LLC<br>PO Box 75723<br>Chicago IL 60675-5723 | | 5/13/10<br>IT Supplies | | | | $ 85.38 |

Sheet No. _2_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 59,252.84
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _AIDS Coalition of Southern New Jersey_ ,    Case No. _11-16167_
<br>Debtor(s)    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    4372<br>Creditor # : 17<br>Chartis<br>22427 Network Place<br>Chicago IL 60673-1224 | | Due 1/13/11<br>Worker's Comp. Ins. Policy | | | | $ 1,623.00 |
| Account No.    ends<br>Creditor # : 18<br>Collingswood Fire Department<br>20 W. Collings Avenue<br>Collingswood NJ 08108 | | 12/31/10<br>Violation Penalty | | | | $ 100.00 |
| Account No.    St.<br>Creditor # : 19<br>Evangelical Lutheran Church<br>Bookkeeper-Ray of Hope<br>1930 State Hwy 33<br>Hamilton Square NJ 08690 | | 6/10 - 10/10 | | | | $ 4,500.00 |
| Account No.    64-5<br>Creditor # : 20<br>Federal Express<br>PO Box 1140<br>Memphis TN 38101-1140 | | 6/28/10<br>Overnight Shipping | | | | $ 25.54 |
| Account No.    64-5<br>Representing:<br>Federal Express | | North Shore Agency<br>4000 East Fifth Avenue | | | | |
| Account No.    64-5<br>Creditor # : 21<br>Federal Express<br>PO Box 1140<br>Memphis TN 38101-1140 | | 8/9/10<br>Overnight Shipping | | | | $ 41.94 |

Sheet No. _3_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 6,290.48

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _AIDS Coalition of Southern New Jersey_                    ,        Case No. _11-16167_
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    64-5<br><br>Representing:<br>Federal Express | | North Shore Agency<br>4000 East Fifth Avenue<br>Columbus OH 43219 | | | | |
| Account No.    14-8<br>Creditor # : 22<br>Fleet Services<br>PO Box 3440<br>Boston MA 02241-3440 | | thru 7/31/10<br>Fuel Purchases | | | | $ 1,361.89 |
| Account No.    14-8<br><br>Representing:<br>Fleet Services | | PRO Consulting Services, Inc.<br>PO Box 66510<br>Houston TX 77266-6510 | | | | |
| Account No.    1465<br>Creditor # : 23<br>Healthport<br>PO Box 409740<br>Atlanta GA 30384-9740 | | Files - Legal Services | | | | $ 23.73 |
| Account No.    7800<br>Creditor # : 24<br>Home Depot Credit Card Service<br>PO Box 6029<br>The Lakes NV 88901-6029 | | 5/10 - Present<br>Credit Card Purchases | | | | $ 34.50 |
| Account No.    7800<br><br>Representing:<br>Home Depot Credit Card Service | | LTD Financial Servies, L.P.<br>7322 Southwest Freeway<br>Suite 1600<br>Houston TX 77074 | | | | |

Sheet No.    4    of    12    continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 　　　　$ 1,420.12

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _AIDS Coalition of Southern New Jersey_ _____ ,   Case No. _11-16167_

Debtor(s)                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 177,327.90 |
| Creditor # : 25 US Dept. of Housing/Urban Dev. PO Box 23774 Bellmawr NJ 08031-2490 | | Related to property purchase | | | | |
| Account No:     0585 | | 11/6/10 | | | | $ 419.25 |
| Creditor # : 26 Hutchinson Plumbing & Heating 621 Chapel Avenue Cherry Hill NJ 08034 | | Service - 717 Haddon Avenue, 2nd Floor, Collingswood property | | | | |
| Account No:     0585 | | 8/29/10 | | | | $ 230.00 |
| Creditor # : 27 Hutchinson Plumbing & Heating 621 Chapel Avenue Cherry Hill NJ 08034 | | Service - 523 Stevens Street, Camden, property | | | | |
| Account No:     0585 | | 7/8/10 | | | | $ 452.62 |
| Creditor # : 28 Hutchinson Plumbing & Heating 621 Chapel Avenue Cherry Hill NJ 08034 | | Service - 523 Stevens Street, Camden property | | | | |
| Account No:     0585 | | 8/1/10 - 10/31/10 | | | | $ 60.00 |
| Creditor # : 29 Hutchinson Plumbing & Heating 621 Chapel Avenue Cherry Hill NJ 08034 | | 1020585 Maintenance 523 Steven Street, Camden | | | | |
| Account No:     0585 | | 8/1/10 - 10/31/10 | | | | $ 137.50 |
| Creditor # : 30 Hutchinson Plumbing & Heating 621 Chapel Avenue Cherry Hill NJ 08034 | | 1020585 Maintenance - 717 Haddon Avenue, First Floor, Collingswood property | | | | |

Sheet No. _5_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal $     $ 178,627.27

                                         Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _AIDS Coalition of Southern New Jersey_ ,     Case No. _11-16167_
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:　0001 <br> Creditor # : 31 <br> Intellicorp <br> General Post Office <br> PO Box 27903 <br> New York NY 10087-7903 | | 3/31/10 <br> Employee Background Check | | | | $ 12.65 |
| Account No:　0002 <br> Creditor # : 32 <br> IOD Incorporated <br> PO Box 19058 <br> Green Bay WI 54307 | | 4/21/10 <br> 2334 Files - Legal Services | | | | $ 26.84 |
| Account No:　6019 <br> Creditor # : 33 <br> Mason, W.B. <br> PO Box 55840 <br> Boston MA 02205-5840 | | 5/20/10 <br> Office Supplies | | | | $ 249.03 |
| Account No:　tion <br> Creditor # : 34 <br> Meineke Car Care Center <br> 504 Black Horse Pike <br> W Collingswd Ht  NJ 08059-1811 | | 5/19/10 <br> Vehicle Repairs | | | | $ 24.40 |
| Account No:　tion <br> Creditor # : 35 <br> Meineke Car Care Center <br> 504 Black Horse Pike <br> W Collingswd Ht  NJ 08059-1811 | | 3/19/10 <br> Vehicle Repairs | | | | $ 15.95 |
| Account No:　tion <br> Creditor # : 36 <br> Meineke Car Care Center <br> 504 Black Horse Pike <br> W Collingswd Ht  NJ 08059-1811 | | 5/7/10 <br> Vehicle Repairs | | | | $ 779.23 |

Sheet No. _6_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal $　　　　$ 1,108.10
　　　　　　　　　　　　　　　　　　　　　　　　　　　Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _AIDS Coalition of Southern New Jersey_ ,          Case No. _11-16167_
                        **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  75-3 <br> Creditor # : 37 <br> New Jersey American Water <br> Box 371331 <br> Pittsburgh PA 15250-7331 | | | | | | $ 67.31 |
| Account No:  0-00 <br> Creditor # : 38 <br> NJ Dt of Labor Div of Emp Acct <br> PO Box 059 <br> Trenton NJ 08625 | | 9/30/10 <br> Qtr End: 9/30/10 UC Charges | | | | $ 52,913.36 |
| Account No:  7098 <br> Creditor # : 39 <br> Philadelphia Insurance Company <br> PO Box 70251 <br> Philadelphia PA 19176-0251 | | Policy effect. 9/10 <br> 47098 Insurance - G/L, auto, etc. | | | | $ 3,479.02 |
| Account No:  0143 <br> Creditor # : 40 <br> Philip Roseneau Co., Inc. <br> PO Box 7777 <br> Philadelphia PA 19175-0739 | | May-June 2010 <br> Supplies | | | | $ 569.96 |
| Account No:  5749 <br> Creditor # : 41 <br> PitneyBowes Global Fin Svs LLC <br> PO Box 371887 <br> Pittsburgh PA 15250-7887 | | 2785749 - Postage Meter Lease | | | | $ 1,108.51 |
| Account No:  5749 <br> Representing: <br> PitneyBowes Global Fin Svs LLC | | Central Credit Services, Inc. <br> PO Box 15118 <br> Jacksonville FL 32239-5118 | | | | |

Sheet No.  7  of  12  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    Subtotal $          $ 58,138.16
                                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _AIDS Coalition of Southern New Jersey_____,    Case No. _11-16167_____
                              **Debtor(s)**                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    0501 Creditor # : 42 PSE&G PO Box 14444 New Brunswick NJ 08906-4444 | | Gas/Electric | | | | $ 35.20 |
| Account No:    3908 Creditor # : 43 PSE&G PO Box 14444 New Brunswick NJ 08906-4444 | | Gas/Electric | | | | $ 234.57 |
| Account No:    1202 Creditor # : 44 PSE&G PO Box 14444 New Brunswick NJ 08906-4444 | | Gas/Electric | | | | $ 1,255.86 |
| Account No:    6518 Creditor # : 45 PSE&G PO Box 14444 New Brunswick NJ 08906-4444 | | Gas/Electric | | | | $ 701.69 |
| Account No:    0201 Creditor # : 46 PSE&G PO Box 14444 New Brunswick NJ 08906-4444 | | Gas/Electric | | | | $ 403.29 |
| Account No:    900 Creditor # : 47 PSE&G PO Box 14444 New Brunswick NJ 08906-4444 | | Gas/Electric | | | | $ 8.64 |

Sheet No.   _8_ of   _12_ continuation sheets attached to Schedule of                                    Subtotal $          $ 2,639.25
Creditors Holding Unsecured Nonpriority Claims                                                                Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _AIDS Coalition of Southern New Jersey_____ ,     Case No. _11-16167_____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    3702 <br> Creditor # : 48 <br> PSE&G <br> PO Box 14444 <br> New Brunswick NJ 08906-4444 | | Gas/Electric | | | | $ 604.31 |
| Account No:    -001 <br> Creditor # : 49 <br> Quench USA <br> PO Box 644006 <br> Cincinnati OH 45264-4006 | | Water Cooler Lease | | | | $ 990.00 |
| Account No:    6131 <br> Creditor # : 50 <br> Ricoh Americas Corporation <br> PO Box 4245 <br> Carol Stream IL 60197-4245 | | 5/10 - present <br> Lease & copy excess charges | | | | $ 11,692.74 |
| Account No:    enue <br> Creditor # : 51 <br> Southern New Jersey Housing <br> 100 Essex Avenue <br> Bellmawr NJ 08031 | | May-Dec 2010 <br> Rental May-December 2010 | | | | $ 60,412.10 |
| Account No:    4392 <br> Creditor # : 52 <br> Staples Business Advantage <br> Dept PHL <br> PO Box 415256 <br> Boston MA 02241-5256 | | May - July 2010 <br> Office Supplies | | | | $ 691.50 |
| Account No:    4392 <br> Representing: <br> Staples Business Advantage | | NCO Financial Systems, Inc. <br> 507 Prudetial Road <br> Horsham PA 19044 | | | | |

Sheet No. _9_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 74,390.65 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _AIDS Coalition of Southern New Jersey_____,    Case No. _11-16167_____
                                   **Debtor(s)**                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    2234 | | 2010 | | | | $ 233.05 |
| Creditor # : 53 Staples Credit Plan PS Box 689020 Des Moines IA 50368 | | Credit Card Purchases | | | | |
| Account No.    2234 | | NCO Financial Systems, Inc. 507 Prudetial Road Horsham PA 19044 | | | | |
| Representing: Staples Credit Plan | | | | | | |
| Account No.    2234 | | NCO Financial Systems, Inc. PO Box 15889 Wilmington DE 19850-5889 | | | | |
| Representing: Staples Credit Plan | | | | | | |
| Account No.    119 | | Phone | | | | $ 48.64 |
| Creditor # : 54 Verizon PO Box 4830 Trenton NJ 08650-4830 | | | | | | |
| Account No.    0983 | | thru 9/30/10 Phone | | | | $ 184.97 |
| Creditor # : 55 Verizon Communications PO Box 920041 Dallas TX 75392-0041 | | | | | | |
| Account No.    0001 | | THRU 10/26/10 Cell Phones and Air Cards | | | | $ 854.40 |
| Creditor # : 56 Verizon Wireless PO Box 25505 Lehigh Valley PA 18002-5505 | | | | | | |

Sheet No. _10_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,321.06

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _AIDS Coalition of Southern New Jersey_____ ,    Case No. _11-16167_____
Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    0001<br><br>Representing:<br>Verizon Wireless | | RMS<br>1000 Cir. 75 Parkway<br>Suite 400<br>Atlanta GA 30339 | | | | |
| Account No.    6019<br>Creditor # : 57<br>W.B. Mason Co., Inc.<br>PO Box 111<br>Brockton<br>Brockton MA 02303-0111 | | 5/20/10 | | | | $ 249.03 |
| Account No.    6019<br><br>Representing:<br>W.B. Mason Co., Inc. | | Windham Professionals<br>382 Main Street<br>Salem NH 03079-2412 | | | | |
| Account No.    Awd<br>Creditor # : 58<br>W.W. Smith Charitable Trust<br>Attn: Michelle Montgomery<br>200 Four Falls Corp. Suite 300<br>Conshohocken PA 19428 | | 4/1/10<br>Restricted Grant | | | | $ 28,000.00 |
| Account No.    98-1<br>Creditor # : 59<br>Waste Management of NJ<br>Waste Management Camden<br>PO Box 13648<br>Philadelphia PA 19101-3648 | | Dec. - Jan. 2011<br>Trash Removal | | | | $ 536.40 |
| Account No.<br>Creditor # : 60<br>Wright Express Corporation<br>c/o Greenberg Grant & Richards<br>5858 Westheimer Road, Ste 500<br>Houston TX 77057 | | | | | | $ 1,389.13 |

Sheet No. _11_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 30,174.56

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _AIDS Coalition of Southern New Jersey_                    ,    Case No. _11-16167_
                    **Debtor(s)**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>*Representing:*<br>*Wright Express Corporation* | | | *Greenberg, Grant & Richards*<br>*PO Box 571811*<br>*Houston TX 77257-1181* | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _12_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 0.00 |
|---|---|---|
| (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | **Total $** | **$ 447,951.60** |

B6G (Official Form 6G) (12/07)

In re _AIDS Coalition of Southern New Jersey_ _____ / Debtor   Case No. _11-16167_
                                                                          (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Extra Space Management, Inc._<br>_2795 E. Cottonwood Parkway_<br>_Suite 400_<br>_Salt Lake City UT   84121_ | Contract Type: _Add'l Addressee only - storage facility_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _Add'l Addressee only - storage facility_<br><br>Buyout Option: |
| _Extra Space Storage_<br>_101 N. Black Horse Pike_<br>_Bellmawr NJ   08031_ | Contract Type: _Rental Agreement_<br>Terms:<br>Beginning date: 1/5/2011<br>Debtor's Interest:<br>Description: _Prepaid contract for storage of confidential client files_<br><br>Buyout Option: |
| _PitneyBowes Global Fin Svs LLC_<br>_PO Box 371887_<br>_Pittsburgh PA   15250-7887_ | Contract Type: _Non-residential lease * *_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _Lease of postage meter_<br><br>Buyout Option: |
| _Quench USA_<br>_PO Box 644006_<br>_Cincinnati OH   45264-4006_ | Contract Type: _Non-residential lease * *_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _Lease of 3 water coolers_<br><br>Buyout Option: |
| _Ricoh Americas Corporation_<br>_PO Box 4245_<br>_Carol Stream IL   60197-4245_ | Contract Type: _Non-residential lease * *_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _Lease 2 copiers and 1 duplicator_<br><br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re _AIDS Coalition of Southern New Jersey_ _____ / Debtor    Case No. _11-16167_____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Federal Home Loan Bank of NY<br>Paul S. Friend, Esq.<br>101 Park Ave, 5th Floor<br>New York NY  10178 | Bank of America<br>Attn:  Matthew Paoni, V.P.<br>555 California Street, 6th Fl.<br>San Francisco CA  94104 |

Form 7 (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

In re: *AIDS Coalition of Southern New Jersey, Inc.*

Case No. *11-16167*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

*Year to date: $2,120,655.68*
  *Last Year: $2,291,537.31*
*Year before: $2,549,581.49*

---

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

Form 7 (12/07)

## 3. Payments to creditors

None ☒ Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Creditor: Brown & Connery, LLP Address: Attn: Paul Mainardi, Esquire PO Box 539 Westmont, NJ 08108 | 12/23/10 | 4260.00 | |
| Creditor: Brown & Connery, LLP Address: Attn: Paul Mainardi, Esquire PO Box 539 Westmont, NJ 08108 | 12/23/10 | 7350.05 | |
| Creditor:NJDHSS Address: PO Box 360, Trenton, New Jersey 08625-0360 | 12/6/10 | 47221.00 | |
| Creditor:Renzi, Bernardi, Suarez & Co. Address:587 Haddon Avenue Collingswood, NJ 08108 | 12/7/10 | 3500.00 | |
| Creditor:Renzi, Bernardi, Suarez & Co. Address:587 Haddon Avenue Collingswood, NJ 08108 | 12/23/10 | 6000.00 | |

None ☒ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.
☒   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement
☒   of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within
☒   one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors
☒   filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of
☒   this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family
☒   members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of
☒   this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation,
☐   relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Brown & Connery LLP Address: | Date of Payment:1/5/11 Payor: Aids Coalition of | $5,299.00 - Bankruptcy Petition preparation and |

Statement of Affairs - Page 3

Form 7 (12/07)

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *6 North Broad Street*<br>*Suite 100*<br>*Woodbury, NJ 08096* | *Southern New Jersey* | *filing* |

---

### 10. Other transfers

None ☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

### 11. Closed financial accounts

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE<br>OF SALE OR CLOSING |
|---|---|---|
| *Victory Asset Management*<br>*1050 Mantua Pike*<br>*Suite 105*<br>*Wenonah, New Jersey   08090* | *Account Type and No.:6802*<br>*Final Balance:$0.00* | *10/15/10* |
| *Wells Fargo*<br>*Brooklawn Shopping Center*<br>*Route 130*<br>*Brooklawn, NJ   08030* | *Account Type and No.:9913*<br>*Final Balance: $0.00* | *Approx. 11/2010* |

---

### 12. Safe deposit boxes

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (12/07)

**14. Property held for another person**

None    List all property owned by another person that the debtor holds or controls.
☒

**15. Prior address of debtor**

None    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and
☒    vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New
☒    Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's
spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None    For the purpose of this question, the following definitions apply:
☒

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or
material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these
substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar
termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under
or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the
☒    governmental unit to which the notice was sent and the date of the notice.

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party.
☒    Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all
☒    businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was
self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which
the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all
businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the
commencment of this case.

Statement of Affairs - Page 5

Form 7 (12/07)

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☒

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements**

None   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.
☐

NAME AND ADDRESS                                                DATES SERVICES RENDERED

*Name:  Albert Anderson*                                    *Dates: 11/29/08 -*
*Address:   Unknown*                                        *3/26/10*

*Name:  Colleen T. Brooks*                                  *Dates:  Full 2 years*
*Address:   405 Princeton Blvd.*
*Wenonah, NJ   08090*

*Name:  Robert Klein*                                       *Dates:  Full 2 years*
*Address:   902 Tanglewood Drive*
*Sicklerville, NJ   08081*

None   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.
☐

NAME                          ADDRESS                       DATES SERVICES RENDERED

*Renzi, Bernardi & Suarez*    *587 Haddon Avenue*           *Dates:   Approx.*
                              *Collingswood, NJ   08108*    *July-Dec 2009*
                                                            *& July-Dec 2010*

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.
☐

NAME                          ADDRESS

*Name:Paul Mainardi,*         *Brown & Connery LLP*

Statement of Affairs - Page 6

| NAME | ADDRESS |
|------|---------|
| *Esquire Missing:* | *6 North Broad Street*<br>*Woodbury, New Jersey  08096* |

| None ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case. |
|--------|---|

| NAME | ADDRESS | DATES ISSUED |
|------|---------|--------------|
| *Federal Audit Clearinghouse* | *Bureau of the Census*<br>*1201 E. 10th Street*<br>*Jeffersonville, New Jersey*<br>*47132* | *Various* |
| *State of New Jersey* | *Department of Health and Senior Services*<br>*Office of Auditing*<br>*PO Box 700*<br>*Trenton, New Jersey*<br>*08625-0700* | *Various* |
| *William Fox, Jr., Health Program Budget Analyst* | *AIDS Activities Coordinating Office (AACO)*<br>*City of Philadelphia, Dept. of Public Health*<br>*1101 Market Street, 9th Floor*<br>*Philadelphia, Pennsylvania 19107-2934* | *Various* |
| *Donna Haake, Audit Program* | *State of New Jersey*<br>*Department of Health and Senior Services*<br>*PO Box 360*<br>*Trenton, New Jersey*<br>*08625-0360* | *Various* |
| *Charles D. Wanamaker* | *Wachovia Bank*<br>*600 Cuthbert Blvd., NJ 5458*<br>*Haddon Township, New Jersey 08108* | *Various* |
| *Debbie Elliot, Camden Co. Internal Auditor* | *Courthouse - 9th Floor*<br>*520 Market Street*<br>*Camden, New Jersey  08102* | *Various* |
| *Maria T. Usas, Section Supervisor, Fiscal Resources* | *Grants Management & Review Program*<br>*Office of Financial Affairs*<br>*PO Box 360*<br>*Trenton, New Jersey*<br>*08625-0360* | *Various* |

Statement of Affairs - Page 7

| NAME | ADDRESS | DATES ISSUED |
|------|---------|--------------|
| *Fred Gauss, Contract Audit Manager* | *City of Philadelphia, Dept. of Public Health Fiscal Audit Unit 1101 Market Street 10th Floor Philadelphia, Pennsylvania 19107-2981* | *Various* |
| *Internal Revenue Service Center* | *Ogden, Utah  84201-0027* | *Various* |
| *Krista Briglia* | *United Way of Camden County 196 Newton Avenue Camden, New Jersey  08103* | *Various* |
| *Donna Franticola* | *Director of Community Initiatives United Way of Gloucester 454 Crown Point Road Thorofare, New Jersey  08086* | *Various* |
| *New Jersey Consumer Affairs* | *Charities Registration Section 124 Halsey Street, PO Box 45021 Newark, New Jersey  07101* | *Various* |
| *New Jersey Division of Consumer Affairs* | *Charities Registration Section 124 Halsey Street, PO Box 45021 Newark, New Jersey  07101* | *Various* |
| *NJ Department of Consumer Affairs* | *Office of Auditing, 8th Floor 101 South Broad Street PO Box 800 Trenton, New Jersey 08625-0800* | *Various* |
| *Ellen D, Ferrisem Executive Director* | *IOLTA Fund of the Bar of New Jersey New Jersey Law Center One Constitution Square New Brunswick, New Jersey 08901-1520* | *Various* |
| *AIDS Fund* | *1315 Spruce Street, 4th Floor Philadelphia, Pennsylvania 19107* | *Various* |

Statement of Affairs - Page 8

**20. Inventories**

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Name:Fernando Gonzalez<br>Address:c/o ACSNJ<br>100 Essex Avenue<br>Suite 300<br>Bellmawr, NJ  08031 | Chair | N/A |
| Name:Stephen Reilly<br>Address:c/o ACSNJ<br>100 Essex Avenue<br>Suite 300<br>Bellmawr, NJ  08031 | Treasurer | N/A |
| Name:Lynn DeVasto<br>Address:c/o ACSNJ<br>100 Essex Avenue<br>Suite 300<br>Bellmawr, NJ  08031 | Secretary | N/A |
| Name:Linda Brees<br>Address:c/o ACSNJ<br>100 Essex Avenue<br>Suite 300<br>Bellmawr, NJ  08031 | Trustee | N/A |
| Name:Dr. John Daly<br>Address:c/o ACSNJ<br>100 Essex Avenue<br>Suite 300 | Trustee | N/A |

Form 7 (12/07)

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Bellmawr, NJ  08031* | | |
| *Name:Rick Thompson*<br>*Address:c/o ACSNJ*<br>*100 Essex Avenue*<br>*Suite 300*<br>*Bellmawr, NJ  08031* | *Trustee* | *N/A* |
| *Name:Bob Gosser*<br>*Address:c/o ACSNJ*<br>*100 Essex Avenue*<br>*Suite 300*<br>*Bellmawr, NJ  08031* | *Trustee* | *N/A* |
| *Name:Louis Monnoleto*<br>*Address:c/o ACSNJ*<br>*100 Essex Avenue*<br>*Suite 300*<br>*Bellmawr, NJ  08031* | *Trustee* | *N/A* |
| *Name:Barbara Rainear*<br>*Address:c/o ACSNJ*<br>*100 Essex Avenue*<br>*Suite 300*<br>*Bellmawr, NJ  08031* | *Trustee* | *N/A* |
| *Name:Renee Thompson*<br>*Address:c/o ACSNJ*<br>*100 Essex Avenue*<br>*Suite 300*<br>*Bellmawr, NJ  08031* | *Trustee* | *N/A* |
| *Name:Lillie Wilson*<br>*Address:c/o ACSNJ*<br>*100 Essex Avenue*<br>*Suite 300*<br>*Bellmawr, NJ  08031* | *Trustee* | *N/A* |

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☒

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

Statement of Affairs - Page 10

**23. Withdrawals from a partnership or distribution by a corporation**

None  ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None  ☒  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None  ☒  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

[If completed on behalf of a partnership or corporation]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date ___*3/ 1/2011*_____     Signature  _/s/ Fernando Gonzalez_____

_Fernando Gonzalez_____     _Chair_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

Form B203 Disclosure of Compensation of Attorney for Debtor (12/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

In re *AIDS Coalition of Southern New Jersey, Inc.*

Case No.

Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____5,000.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . .$ _____5,000.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____0.00

2. The source of the compensation paid to me was:
   ☒ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor      ☐ Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof;

   ~~d.  Representation of the debtor in any proceeding~~

   e.  [Other provisions as needed].
       *None*

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (12/94)

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   *None*

---

# CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*3/1/2011*
_____
Date

/s/ Kenneth J. Schweiker, Jr.
_____
Signature of Attorney

*Brown & Connery LLP*
_____
Name of Law Firm

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

In re *AIDS Coalition of Southern New Jersey,*
*Inc.*

Case No. *11-16167*
Chapter  7

_____ / Debtor

Attorney for Debtor:  *Kenneth J. Schweiker, Jr., Esquire*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _3/ 1/2011_____

_/s/ Fernando Gonzalez_____
Debtor

Action AIDS/AACO
Phila. Dept of Public Health
1216 Arch Street, 6th Floor
Philadelphia, PA  19107

Alert Security & Technol, LLC
PO Box 12443
Wilmington, DE  19850

Annette Rapaport
114 Hayes Mill Road
Apt. B213
Atco, NJ  08004

Archer & Greiner
Attn:  John Quirke, Esq
One Centennial Square
Haddonfield, NJ  08033

Arose, Inc.
1229 Broadway
PO Box 27
Westville, NJ  08093

Arthur Dion
33 Shawnee Road
Ardmore, PA  19003

Bank of America
Attn:  Matthew Paoni, V.P.
555 California Street, 6th Fl.
San Francisco, CA  94104

Bellatlantic (Verizon)
PO Box 4830
Trenton, NJ  08650-4830

BF Molz
Attn:  Nicole Mahaney
PO Box 827544
Philadelphia, PA  19182-7544

Borough of Collingswood
678 Haddon Avenue
Collingswood, NJ  08108

Broadview Networks
PO Box 9242
Uniondale, NY  11555-9242

Brown & Connery, LLP
Attn:  Paul Mainardi, Esquire
PO Box 539
Westmont, NJ  08108

Camden County M.U.A.
PO Box 1105
Bellmawr, NJ  08099-5105

CDW Direct, LLC
PO Box 75723
Chicago, IL  60675-5723

Central Credit Services, Inc.
PO Box 15118
Jacksonville, FL  32239-5118

Chartis
22427 Network Place
Chicago, IL  60673-1224

Collingswood Fire Department
20 W. Collings Avenue
Collingswood, NJ  08108

Evangelical Lutheran Church
Bookkeeper-Ray of Hope
1930 State Hwy 33
Hamilton Square, NJ  08690

Extra Space Management, Inc.
2795 E. Cottonwood Parkway
Suite 400
Salt Lake City, UT  84121

Extra Space Storage
101 N. Black Horse Pike
Bellmawr, NJ  08031

Federal Express
PO Box 1140
Memphis, TN  38101-1140

Federal Home Loan Bank of NY
Paul S. Friend, Esq.
101 Park Ave, 5th Floor
New York, NY  10178

Fleet Services
PO Box 3440
Boston, MA  02241-3440

Greenberg, Grant & Richards
PO Box 571811
Houston, TX  77257-1181

Healthport
PO Box 409740
Atlanta, GA  30384-9740

Home Depot Credit Card Service
PO Box 6029
The Lakes, NV  88901-6029

Housing and Urban Development
PO Box 23774
Bellmawr, NJ  08031-2490

Hutchinson Plumbing & Heating
621 Chapel Avenue
Cherry Hill, NJ  08034

Intellicorp
General Post Office
PO Box 27903
New York, NY  10087-7903

IOD Incorporated
PO Box 19058
Green Bay, WI  54307

LTD Financial Servies, L.P.
7322 Southwest Freeway
Suite 1600
Houston, TX  77074

Mason, W.B.
PO Box 55840
Boston, MA  02205-5840

Meineke Car Center
504 Black Horse Pike
W Collingswd Ht , NJ  08059-1811

NCO Financial Systems, Inc.
PO Box 15889
Wilmington, DE  19850-5889

NCO Financial Systems, Inc.
507 Prudetial Road
Horsham, PA  19044

New Jersey American Water
Box 371331
Pittsburgh, PA  15250-7331

NJ Dept of Consumer Affairs
101 South Broad Street
PO Box 806
Trenton, NJ  08625-0806

NJ Dept of Health & Human Serv
Attn: Raymond Graziani
PO Box 360
Trenton, NJ  08625-0360

NJ Dept of Labor Div of Emp Ac
PO Box 059
Trenton, NJ  08625

North Shore Agency
4000 East Fifth Avenue
Columbus, OH  43219

North Shore Agency
4000 East Fifth Avenue

Philadelphia Insurance Company
PO Box 70251
Philadelphia, PA  19176-0251

Philip Roseneau Co., Inc.
PO Box 7777
Philadelphia, PA  19175-0739

PitneyBowes Global Fin Svs LLC
PO Box 371887
Pittsburgh, PA  15250-7887

PRO Consulting Services, Inc.
PO Box 66510
Houston, TX  77266-6510

PSE&G
PO Box 14444
New Brunswick, NJ  08906-4444

Quench USA
PO Box 644006
Cincinnati, OH  45264-4006

Ricoh Americas Corporation
PO Box 4245
Carol Stream, IL  60197-4245

RMS
1000 Cir. 75 Parkway
Suite 400
Atlanta, GA  30339

Southern New Jersey Housing
100 Essex Avenue
Bellmawr, NJ  08031

Staples Business Advantage
Dept PHL
PO Box 415256
Boston, MA  02241-5256

Staples Credit Plan
PS Box 689020
Des Moines, IA  50368

Verizon
PO Box 4830
Trenton, NJ  08650-4830

Verizon Communications
PO Box 920041
Dallas, TX  75392-0041

Verizon Wireless
PO Box 25505
Lehigh Valley, PA  18002-5505

W.B. Mason Co., Inc.
PO Box 111
Brockton
Brockton, MA  02303-0111

W.W. Smith Charitable Trust
Attn:  Michelle Montgomery
200 Four Falls Corp. Suite 300
Conshohocken, PA  19428

Waste Management of NJ
Waste Management Camden
PO Box 13648
Philadelphia, PA  19101-3648

Wells Fargo
c/o William Saldutti, Esquire
1300 Rte 73, Ste 205
Mt. Laurel, NJ  08054

Windham Professionals
382 Main Street
Salem, NH  03079-2412

Wright Express Corporation
c/o Greenberg Grant & Richards
5858 Westheimer Road, Ste 500
Houston, TX  77057

# UNITED STATES BANKRUPTCY COURT
# FOR THE  DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

In re *AIDS Coalition of Southern New Jersey Inc.*

Case No.
Chapter  7

_____ / Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Fernando Gonzalez is Chair of AIDS Coalition of Southern New Jersey, a New Jersey corporation.  On 05/12/2010 the following resolution was duly adopted by the Board of Directors of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Fernando Gonzalez, Chair of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Fernando Gonzalez, Chair of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Fernando Gonzalez, Chair of this corporation, be and hereby is, authorized and directed to employ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the law firm of Brown & Connery LLP, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Fernando Gonzalez, Chair of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date    *3/1/2011*_____

Signature    /s/ Fernando Gonzalez

_____

Fernando Gonzalez
Chair

# UNITED STATES BANKRUPTCY COURT
# FOR THE  DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

In re *AIDS Coalition of Southern New Jersey Inc.*

Case No.

Chapter 7

_____/ Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Fernando Gonzalez is Chair of AIDS Coalition of Southern New Jersey, a New Jersey corporation.  On 05/12/2010 the following resolution was duly adopted by the Board of Directors of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Fernando Gonzalez, Chair of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Fernando Gonzalez, Chair of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Fernando Gonzalez, Chair of this corporation, be and hereby is, authorized and directed to employ ████████████████████████████ the law firm of Brown & Connery LLP, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Fernando Gonzalez, Chair of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date    *3/1/2011*                    Signature    /s/ Fernando Gonzalez

Fernando Gonzalez
Chair